BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
KATHERINE HORWITZ, OKLAHOMA STATE BAR NO. 30110
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV, SUITE 600
800 EAST PARK BOULEVARD
BOISE, IDAHO 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

JUL 11 2018

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

**ORIGINAL**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHANCEY RAY BAILEY,<br><br>Defendant. | Case No. **CR 18-0213-S BLW**<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1470<br>18 U.S.C. § 2422(b)<br>18 U.S.C. § 2425<br>18 U.S.C. § 2428 |

The Grand Jury charges:

<u>**COUNT ONE**</u>

**Attempted Coercion and Enticement
18 U.S.C. § 2422(b)**

Beginning on or about March 12, 2018, through on or about April 24, 2018, in the District of Idaho, and elsewhere, the defendant, CHANCEY RAY BAILEY, using the internet, a

**INDICTMENT** - 1

facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce a person he believed to be a minor to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Idaho Code § 18-1508, in violation of Title 18, United States Code, Section 2422(b).

## COUNT TWO

### Attempted Use of Interstate Facilities to Transmit Information About a Minor
### 18 U.S.C. § 2425

Beginning on or about between March 12, 2018, through on or about April 24, 2018, in the District of Idaho, and elsewhere, the defendant, CHANCEY RAY BAILEY, using the internet, a facility and means of interstate and foreign commerce, did knowingly attempt to initiate the transmission of the name, address, telephone number, social security number and electronic mail address of another individual, knowing that such individual had not attained the age of 16 years of age, with the intent to entice, encourage, offer, and solicit any person to engage in sexual activity for which any person can be charged with a criminal offense, to wit: Idaho Code § 18-1508, in violation of Title 18, United States Code, Section 2425.

## COUNT THREE

### Transfer of Obscene Matter to a Minor
### 18 U.S.C. § 1470

On or about April 11 and 12, 2018, in the District of Idaho, and elsewhere, the defendant, CHANCEY RAY BAILEY, using the internet, a facility and means of interstate and foreign commerce, did knowingly attempt to transfer obscene matter to another individual who he believed had not yet attained the age of 16 years of age, in violation of Title 18, United States Code, Section 1470.

**INDICTMENT - 2**

## CRIMINAL FORFEITURE ALLEGATION
### Transport for Illegal Sexual Activity Forfeiture
### 18 U.S.C. § 2428

Upon conviction of the offense alleged in Count One of this Indictment, the defendant, CHANCEY RAY BAILEY, shall forfeit to the United States his interest in (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the foregoing offense; and (2) any property, real or personal, that constitutes or is derived from proceeds traceable to such offense. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property.</u> The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable;

2. <u>Substitute Assets.</u> Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty.

**INDICTMENT - 3**

Dated this \_\_\_11\_\_\_ day of July, 2018.

                                                          A TRUE BILL

                                                          */s/ [signature on reverse]*
                                                          _____
                                                          Foreperson

BART M. DAVIS
United States Attorney
By:

_[signature]_
_____
Katherine Horwitz
Assistant United States Attorney

**INDICTMENT** - 4